UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUDE TRAZO, MARIANNA BELLI, and JENNA COFFEY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>NESTLÉ USA, INC.,<br><br>                    Defendant. | Case Nos. 5:12-cv-02272-PSG<br>               5:14-cv-00283-PSG<br>               5:14-cv-00286-PSG<br>               5:14-cv-00288-PSG<br><br>**ORDER RE: SCHEDULING** |

On March 25, 2014, the parties appeared before the court for a case management conference. At that conference, Plaintiffs indicated that they intend to move for leave to file an amended complaint with an entirely new claim, which Defendant Nestle may or may not oppose. Plaintiffs are directed to provide Nestle with a copy of this proposed amended complaint by no later than the close of business tomorrow, March 26, 2014. Nestle is then to inform Plaintiffs whether it intends to oppose the amendment no later than April 1, 2014. If an opposition is indicated, Plaintiffs are then to file a motion for leave to amend their complaint no later than April 8, 2014. This motion should be noticed for a hearing on April 22, 2014. Any opposition by Nestle shall be filed by April 15, 2014; no reply brief will be considered. With the operative complaint

1
Case Nos. 5:12-ccv-02272-PSG; 5:14-cv-00283-PSG; 5:14-cv-00286-PSG; 5:14-cv-00288-PSG
ORDER RE: SCHEDULING

1   fixed, the court will then proceed to issue a scheduling order.

2   **IT IS SO ORDERED.**

3   Dated: March 25, 2014

4   _____
    PAUL S. GREWAL
5   United States Magistrate Judge