UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUDE TRAZO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NESTLÉ USA, INC., <br><br> Defendant. | Case No. 5:12-cv-02272-PSG <br><br> **ORDER SETTING STATUS CONFERENCE** <br><br> **(Re: Docket No. 111)** |

On October 17, 2014, the court granted a stipulation between the parties allowing Plaintiffs to file a fourth amended complaint on or before November 14, 2014 and allowing Defendant Nestlé USA, Inc. to file a motion to dismiss on or before December 15, 2014.[1]  The docket reflects no such filings since the court's order over three months ago.  The parties therefore shall appear for a status conference on February 10, 2015 at 10:00 a.m., to set a schedule based on the operative third amended complaint.

**IT IS SO ORDERED.**

Dated: January 22, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 111 at 2.

Case No. 5:12-cv-02272-PSG
ORDER SETTING STATUS CONFERENCE