| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | Carmine R. Zarlenga (D.C. Bar No. 286244) |
| 2 | *czarlenga@mayerbrown.com* |
| | 1999 K Street, N.W. |
| 3 | Washington, DC  20006-1101 |
| | Telephone:  (202) 263-3000 |
| 4 | Facsimile:   (202) 263-3300 |
| 5 | MAYER BROWN LLP |
| | Dale J. Giali (Cal. Bar No. 150382) |
| 6 | *dgiali@mayerbrown.com* |
| | 350 South Grand Avenue |
| 7 | 25th Floor |
| | Los Angeles, CA 90071 |
| 8 | Telephone:  (213) 229-9500 |
| | Facsimile:   (213) 625-0284 |
| 9 | |
| | Attorneys for Defendant |
| 10 | NESTLÉ USA, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JUDE TRAZO and MARIANNA BELLI, individually and on behalf of all others similarly situated, | Case No. CV12-02272 PSG |
| Plaintiffs, | **JOINT STIPULATION RE SETTING SCHEDULE FOR RESPONDING TO FOURTH AMENDED COMPLAINT (erroneously filed as Fifth Amended Complaint)** |
| v. | |
| NESTLÉ USA, INC., | [~~Proposed~~ Order Attached] |
| Defendant. | |

Plaintiffs Jude Trazo and Marianna Belli and Defendant Nestlé USA, Inc. ("Nestlé USA"), by and through their respective counsel of record, enter into the following stipulation, subject to Court approval, to set a date to respond to the fourth amended complaint ("4AC"):

WHEREAS, as part of the Case Management Conference proceedings held on March 25, 2014, plaintiffs indicated their desire to file a fourth amended complaint;

WHEREAS, the parties filed a post-conference report relating to same on April 3, 2014 (Dkt. 108);

WHEREAS, the issue having been considered by the Court, plaintiffs were permitted to file a fourth amended complaint (Dkt. 111);

WHEREAS, plaintiffs instead filed a motion for reconsideration (Dkt. 119), which the Court granted on July 10, 2015, allowing plaintiffs to re-allege their claim for restitution based on unjust enrichment/quasi-contract (Dkt. 123);

WHEREAS, plaintiffs filed the 4AC on July 28, 2015 (Dkt. 124), which was erroneously labeled the fifth amended complaint;

WHEREAS, the 4AC contained a cause of action for breach of implied warranty, which plaintiffs have agreed to dismiss;

WHEREAS, consistent with proceedings in the case to date and to preserve party and Court resources, the parties agree that commencement of litigation activities (including initial disclosures and discovery) shall await a determination on Nestlé USA's anticipated motion to dismiss the 4AC; and

WHEREAS, the parties believe it desirable to set a briefing schedule to accommodate the parties' and Court's schedule with respect to the anticipated motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between plaintiffs and Nestlé USA, subject to approval from the Court, that:

- Nestlé USA shall move to dismiss the 4AC on or before September 25, 2015;
- Plaintiffs shall oppose Nestlé USA's motion to dismiss on or before October 23, 2015; and
- Nestlé USA shall reply to plaintiffs' opposition on or before November 6, 2015.

| | |
|---|---|
| Dated: August 17, 2015 | CHARLES BARRETT, P.C.<br><br>by: _/s/ Charles Barrett_<br>       Charles Barrett<br>Attorneys for Plaintiffs |
| Dated: August 17, 2015 | MAYER BROWN LLP<br>Carmine R. Zarlenga<br>Dale J. Giali<br><br>by: _/s/ Dale J. Giali_<br>       Dale J. Giali<br>Attorneys for Defendant<br>NESTLE USA, INC. |

## SIGNATURE ATTESTATION

Pursuant to the Northern District of California Civil L.R. 5-1(i)(3), I hereby certify that the contents of this document are acceptable to Charles Barrett, counsel for plaintiffs, and that I have obtained Mr. Gore's authorization to affix his electronic signature to this document.

_/s/ Dale J. Giali_
Dale J. Giali

## ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: 8/17/2015

Hon. Paul S. Grewal
United States Magistrate Judge