MAYER BROWN LLP
Carmine R. Zarlenga (D.C. Bar No. 286244)
*czarlenga@mayerbrown.com*
1999 K Street, N.W.
Washington, DC  20006-1101
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

MAYER BROWN LLP
Dale J. Giali (Cal. Bar No. 150382)
*dgiali@mayerbrown.com*
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile:  (213) 625-0284

Attorneys for Defendant
NESTLÉ USA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JUDE TRAZO and MARIANNA BELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NESTLÉ USA, INC.,<br><br>Defendant. | Case No. CV12-02272 PSG<br><br>**JOINT STIPULATION TO CONTINUE DECEMBER 1, 2015 HEARING ON MOTION TO DISMISS TO FEBRUARY 1, 2016**<br><br>[Proposed Order Attached] |

1    Plaintiffs Jude Trazo and Marianna Belli and Defendant Nestlé USA, Inc. ("Nestlé
2  USA"), by and through their respective counsel of record, enter into the following stipulation,
3  subject to Court approval, to continue the December 1, 2015 hearing on the motion to dismiss the
4  fourth amended complaint ("4AC") to February 1, 2016:

5    WHEREAS, the parties have fully briefed the motion to dismiss the 4AC and a hearing
6  on the motion is set for December 1, 2015; and

7    WHEREAS, the parties have met and conferred and, based on recent developments and
8  the schedules of the parties, the parties request a continuance of the hearing on the motion to
9  dismiss the 4AC to February 1, 2016;

10    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between
11  plaintiffs and Nestlé USA, subject to approval from the Court, that the hearing on the motion to
12  dismiss the 4AC shall be continued to the Court's usual motion calendar on February 1, 2016.

Dated:  November 25, 2015         NEAL & HARWELL, PLC

                                  by:    */s/ Charles Barrett*
                                         Charles Barrett
                                  Attorneys for Plaintiffs


Dated:  November 25, 2015         MAYER BROWN LLP
                                  Carmine R. Zarlenga
                                  Dale J. Giali

                                  by:         */s/ Dale J. Giali*
                                         Dale J. Giali
                                  Attorneys for Defendant
                                  NESTLÉ USA, INC.

**SIGNATURE ATTESTATION**

Pursuant to the Northern District of California Civil L.R. 5-1(i)(3), I hereby certify that the contents of this document are acceptable to Charles Barrett, counsel for plaintiffs, and that I have obtained Mr. Barrett's authorization to affix his electronic signature to this document.

*/s/ Dale J. Giali*
Dale J. Giali

**ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Hon. Paul S. Grewal
United States Magistrate Judge